

Robert D. YOUNG, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7279.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ON MOTION

*ORDER*

Upon consideration of Robert D. Young's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Gary N. JOHNSON, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 04–3258, 04–3277.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Kenneth L. CARLTON, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 04–3322.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

for failure to prosecute in accordance with the rules.

Howard TAYLOR, Petitioner,

v.

**COURT SERVICES AND OFFENDER SUPERVISION AGENCY FOR THE DISTRICT OF COLUMBIA, Respondent.**

No. 04–3458.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

Derald T. WAKEFIELD, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7103.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2004.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.